IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AEGIS DEFENCE SERVICES LIMITED, 39 Victoria Street, London, SW 1H 0EU, United Kingdom, and AEGIS DEFENCE SERVICES, LLC, 1825 K Street, Washington, DC** ) ) ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| **v.** ) ) | Civil Action No.: _____ |
| **AEGIS MISSION ESSENTIAL PERSONNEL, LLC, 4249 Easton Way, Suite 250, Columbus, Ohio** ) ) ) ) ) | |
| **Defendant.** ) | |

## COMPLAINT FOR TRADEMARK INFRINGEMENT, TRADE NAME INFRINGEMENT, AND UNFAIR COMPETITION

Plaintiffs, Aegis Defence Services Limited and Aegis Defence Services, LLC (collectively "Aegis"), by their undersigned attorneys, herein complain of Defendant, Aegis Mission Essential Personnel, LLC ("MEP"), and allege as follows:

### Nature of the Action

1.      This is an action for trademark infringement, trade name infringement, and unfair competition arising out of MEP's use of "Aegis" in its name and as a service mark in the United States, and in Iraq and Afghanistan, for various types of security services.  Aegis's claims are based on Section 43 of the Lanham Act (15 U.S.C. § 1125), and on the common laws of the District of Columbia relating to infringement and unfair competition.

**The Parties**

2.      Plaintiff, Aegis Defence Services Limited, is a limited liability corporation based in the United Kingdom.  It is a privately owned, security and risk management company with offices in the U.S. (through its subsidiary, <u>infra</u>), the U.K., Iraq, Afghanistan and other countries.

3.      Plaintiff, Aegis Defence Services, LLC, is a wholly owned subsidiary of Aegis Defence Services Limited, is a Delaware Corporation, and has its principal place of business in the District of Columbia, at 1825 K Street, Washington, D.C.  Aegis Defence Services, LLC is exclusively licensed by its parent to provide training and other services under the "Aegis" name and mark.

4.      On information and belief, MEP is a limited liability corporation organized under the laws of the State of Ohio, and maintains a principal place of business at 4249 Easton Way, Suite 250, Columbus, Ohio.  On information and belief, MEP maintains an office in the District of Columbia, does business in the District of Columbia, and is subject to suit here.

**Jurisdiction**

5.      Jurisdiction in this Court and in the subject matter of this action arises under the trademark laws of the United States, 15 U.S.C. §§ 1051, *et seq*.; 28 U.S.C. §§ 1331, 1332 and 1338; and under the supplemental jurisdiction of this court pursuant to 28 U.S.C. § 1367.  Jurisdiction with respect to activities of the parties in Iraq is conferred by Coalition Provisional Authority Order Number 17 (Revised), Status of The Coalition Provision Authority, MNF – Iraq, Certain Missions and Personnel in Iraq, CPA/ORD/27 June 2004/17.

6.      Venue is appropriate in this Court under 28 U.S.C. § 1391 (b) and (c) in that the events giving rise to this action occurred in part in this judicial district.

**Background Facts**

*A.      Aegis and its "Aegis" Trade Name and Service Mark*

7.      In about September 2002, Aegis began using its "Aegis" trade name and service mark for various types of security and related services, first in the United Kingdom, and then in the United States, Iraq, Afghanistan and elsewhere.  Specifically, Aegis specializes in the identification, analysis and mitigation of risk.  It provides a commercially focused and innovative approach to security and risk management, through its research and intelligence, security operations, and technical services.  These services allow Aegis to offer comprehensive advice on every aspect of security, from corporate operations, commercial risk, foreign investment, counter-terrorism, and support to governments.  It had Aegis personnel in Iraq since as early as October/November 2003, and has been under contract to the U.S. Department of the Army to provide reconstruction security support services in Iraq since June 2004, which services have been provided since June 1, 2004.  Additional information about its services is available at www.aegisworld.com.  Copies of pages from this website are attached at Exh. 1 hereto.

8.      Aegis has a world-wide client base, including the U.S. and other governments, international agencies, and multinational corporations.  Aegis is a registered UN contractor and a major security provider to the U.S. government.  For example, Aegis won a three year, $293 million U.S. Army contract in 2004, and also won the contract's renewal, worth up to $475 million, over two years pursuant to which it operates a force of over 1,300 personnel in Iraq in support of the U.S. Army Corps of Engineers and Multi National Corp - Iraq.

9.      As a result of the widespread use and promotion of its "Aegis" name and mark in the U.S., Iraq, Afghanistan and elsewhere, Aegis has developed extensive and valuable equity and goodwill therein.

10.     Aegis has filed U.S. Application No. 77/090,285 for its "Aegis" service mark, a copy of the particulars of which is attached as Exh. 2.  The United States Patent and Trademark Office has indicated that upon revision of the description of services, it is prepared to publish the mark for opposition, and subsequent registration.

**B.      *MEP And Its Infringing Activities***

11.     On information and belief, beginning sometime in 2004, and after Aegis's use of "Aegis" as a name and mark, MEP began use of "Aegis" in the U.S., for translation services, and security services, to the same class of U.S. and foreign corporations, and to some of the same governments.  Upon information and belief, much more recently, MEP began to provide security services in Iraq and Afghanistan.  Copies of images from MEP's website, aegismep.com, are attached as Exh. 3 hereto.

12.     On May 31, 2007, MEP filed a service mark application, U.S. Application No. 77/194,727, on "Aegis" for various types of services including security services, which the USPTO has indicated may cause a likelihood of confusion with Aegis's earlier filed U.S. Application No. 77/090,285.  A copy of the particulars for this application is attached at Exh. 4 hereto.

13.     MEP's wrongful use of "Aegis" as part of its name and as a service mark is likely to lead to confusion, to cause mistake, and to deceive.  Upon information and belief, MEP's wrongful activities have led to instances of actual confusion.

**First Cause of Action** --
**Trademark Infringement and Unfair Competition**

14.     This is a claim for trademark infringement and unfair competition arising under the trademark laws of the United States, Lanham Act Section 43 (15 U.S.C. § 1125), for MEP's intentional unauthorized use in commerce of "Aegis" in the U.S., Iraq and Afghanistan. Such use is likely to cause confusion, mistake and deception, and is believed to have caused actual confusion, with Aegis's "Aegis" service mark.

15.     Aegis incorporates herein paragraphs 1 through 13 of this Complaint.

16.     The conduct of MEP as herein alleged will, unless enjoined, further impair or destroy the value of Aegis's goodwill and trademark.

17.     As a result of the foregoing acts, MEP has engaged in willful violations of 15 U.S.C. § 1125, and is liable to Aegis for treble damages.  MEP's acts have caused and will continue to cause irreparable injury to Aegis's business if not restrained by this Court.

18.     Unless MEP is enjoined and restrained from continuing its wrongful acts, the irreparable damage to Aegis and its valuable trademark and its goodwill, will continue.

19.     Aegis has no adequate remedy at law.

**Second Cause of Action** --
**Trade Name Infringement and**
**Additional Unfair Competition**

20.     This is a claim for trade name infringement and unfair competition arising under the Trademark Laws of the United States, Lanham Act Section 43 (15 U.S.C. § 1125), for MEP's intentional unauthorized use in commerce of Aegis's trade name "Aegis" as part of its trade name, in the U.S., Iraq and Afghanistan.  Such use is likely to cause confusion, mistake and deception, and is believed to have caused actual confusion, with Aegis's "Aegis" name.

- 5 -

21.     Aegis incorporates by reference the allegations set forth in paragraphs 1 through 13 of this Complaint.

22.     The conduct of MEP as herein alleged will, unless enjoined, further impair or destroy the value of Aegis's goodwill and trade name.

23.     As a result of the foregoing acts, MEP has engaged in willful violations of 15 USC § 1125, and is liable to Aegis for treble damages.  MEP's acts have caused and will continue to cause irreparable injury to Aegis's business if not restrained by this Court.

24.     Unless MEP is enjoined and restrained from continuing its wrongful acts, the irreparable damage to Aegis and to its valuable trade name and its goodwill, will continue.

25.     Aegis has no adequate remedy at law.

**Third Cause of Action --**
**Common Law Trademark Infringement,**
**<u>Trade Name Infringement, and Unfair Competition</u>**

26      This is a claim for trademark infringement, trade name infringement, and unfair competition arising under District of Columbia common law.

27.     Aegis incorporates by reference the allegations set forth in paragraphs 1 through 13 of this Complaint.

28.     MEP's aforesaid acts are likely to confuse and mislead the public into believing that MEP and its services are associated with or related to Aegis.

## PRAYER FOR RELIEF

WHEREFORE, Aegis asks that this Court:

1.      Grant preliminary and permanent injunctive relief restraining and enjoining MEP, their subsidiaries, parents, related companies, officers, agents, employees, and all others in privity, concert or participation with them or on their behalf, against further acts of trademark infringement, trade name infringement, and unfair competition by them, and enjoining all further use by them of "Aegis" as part of a name or mark, including but not limited to uses on its aegismep.com website, in the U.S., Iraq and Afghanistan.

2.      Find that MEP has unfairly competed with Plaintiff by the acts complained of herein.

3.      Grant an order requiring MEP to deliver up for destruction all products, packaging, promotional, and advertising material of any kind, including electronic form, bearing the "Aegis" name or mark or any colorable imitation thereof.

4.      Award to Aegis all of MEP's profits resulting from MEP's infringing activity; and further award to Aegis increased damages as permitted by law as a result of MEP's willful infringement and unfair competition.

5.      Award to Aegis their attorney's fees and costs.

6.      Grant to Aegis such other further relief as the Court may deem just and proper in the circumstances.

Respectfully submitted,

Dated: March 6, 2008

By: _____
Stephen E. Belisle (DC Bar No. 471447)
Edmund J. Haughey, III (DC Bar No. 462773)
FITZPATRICK, CELLA, HARPER & SCINTO
975 F Street, NW
Washington, DC 20004-1405
Telephone: (202) 530-1010
Facsimile: (202) 530-1055
E-mail:sbelisle@fchs.com
       ehaughey@fchs.com

By _____
Edward E. Vassallo (pursuant to LCvR 83.2(c))
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112-3800
Telephone: (212) 218-2100
Facsimile: (212) 218-2200
E-mail: evassallo@fchs.com

Attorneys for Plaintiffs, AEGIS DEFENCE SERVICES
LIMITED and AEGIS DEFENCE SERVICES, LLC

FCHS_WS 2027221_1.DOC

- 8 -

EXHIBIT 1

Case 1:08-cv-00407-JDB    Document 1    Filed 03/06/2008    Page 10 of 77

# AEGIS Specialist Risk Management



About Us     What We Do     Latest News     AEGIS Foundation     Careers     Contact

# AEGIS

**Aegis** is a London based, privately owned, British security and risk management company with overseas offices in Afghanistan, Bahrain, Iraq, Kenya, Nepal and the USA.

We have substantial experience and a world-wide client-base, including governments, international agencies and the multinational corporate sector. We are a registered and active UN contractor, a major security provider to the US government and security advisor to the Lloyds Joint War Risk Committee.

## AEGIS Corporate Overview

**Aegis** specialises in the identification, analysis and mitigation of risk. We provide a commercially focused and innovative approach to security and risk management through three distinct but complementary divisions: <u>Research and Intelligence</u>, <u>Security Operations</u> and <u>Technical Services.</u> These allow us to offer comprehensive advice on every aspect of security - from corporate operations, commercial risk and foreign investment to counter-terrorism and espionage, close protection and support to governments.

We run a <u>worldwide network of offices,</u> contacts, and associates and our clients further benefit from the extensive capabilities of our personnel, built up through careers in the military, diplomatic and intelligence services, as well as in the police, journalism, the UN, finance and commerce. This breadth of knowledge, combined with our global reach and wide practical experience, allows us to provide the highest quality specialist security advice as well as risk management solutions that take meticulous account of the specific requirements of each client.

## AEGIS Business Process

**Aegis** is a Full Service company providing risk management consultancy supported by security solutions. Client led, we consider a detailed and comprehensive approach to risk and security as the only truly effective solution.

We seek to be involved with clients at the beginning of the planning stage to ensure that risk and associated security measures are thoroughly addressed at the first opportunity and provided in the most cost effective manner. All Aegis activities are conducted with the highest degree of discretion, integrity and client confidentiality within the framework of national and international law, whilst at the same time

Case 1:08-cv-00407-JDB      Document 1      Filed 03/06/2008      Page 11 of 78

maintaining complete corporate transparency. Aegis is committed to proper industry accountability and regulation.

# Latest News

Thursday 6/March/2008

Aegis Acts with Restraint and Forethought

Private guards set for bigger role despite fu...

AEGIS Wins Contract Renewal

A Private Realm Of Intelligence-Gathering - W...

"Warriors for Hire" Response - The Weekly Sta...

Vanity Fair Response

'Trophy Video' Allegation

## RSS News Feed

Display all our latest security news on your website or RSS viewer with our AEGIS Defence Services latest news feed.

## AEGIS in Iraq

How we are managing the reconstruction programme in Iraq



## Speaking Engagements

- AEGIS
- Private Security Company

- Tim Spicer
- Management Information
- FAQ
- Research and Intelligence
- Security Operations
- Technical Services
- Case Studies
- Latest News
- Site Map

©2007 AEGIS Defence Services Ltd : All Rights Reserved : ISO 9001 : 2000 Certified

Registered in England No: 04541965. VAT No.: GB 802692438. Registered office: 39 Victoria Street, London. SW1H OEU United Kingdom

# AEGIS Specialist Risk Management



About Us    What We Do    Latest News    AEGIS Foundation    Careers    Contact

# Security Sector Reform

Aegis supports the objectives of security sector reform and where possible ensures that its defence assistance work is carried out in line with these objectives.

The aim of security sector reform is:

"To help developing and transitional countries manage their security functions in a democratically accountable, efficient and effective way by initiating and supporting reform and providing appropriate education and training". (FCO definition).

Key issues of security sector reform include:

- Military disengagement from politics.
- Military disengagement from other non–military roles e.g. economic and social.
- Redefinition of security roles.
- Civilian policymaking, legislation and funding.
- Development of a civilian/military interface and ethos.
- Regional defence and security policies and structures.
- Relations with donor nations.

- AEGIS
- Private Security Company
- Tim Spicer
- Management Information
- FAQ
- Research and Intelligence
- Security Operations
- Technical Services
- Case Studies
- Latest News
- Site Map

©2007 AEGIS Defence Services Ltd : All Rights Reserved : ISO 9001 : 2000 Certified

Registered in England No: 04541965. VAT No.: GB 802692438. Registered office: 39 Victoria

Street, London. SW1H OEU United Kingdom

# <u>AEGIS Specialist Risk Management</u>



About Us     What We Do     Latest News     AEGIS Foundation     Careers     Contact

# Research and Intelligence

## Tomorrow's Hindsight Today

The Aegis Research and Intelligence division delivers a range of geopolitical intelligence, threat assessment and investigative services tailored to the specific requirements of corporate, institutional and government clients:

## Geographic

Regular detailed analysis of the key drivers of geopolitical stability and the security situation of countries of interest. Based on an assessment of the implications of local and regional geo–economics, the domestic political situation, international relations and specific local security threats, it provides a vital tool for those considering acquisitions and investments, or intending to establish and maintain a staff or asset base in that country. Our particular areas of expertise include North, South and South–East Asia, the Middle East, Russia and the former Soviet Union, Africa and Latin America.

## Thematic

Regular detailed analysis of important themes which can affect clients commercial operations:

- General terrorism and its impact on business. We maintain our own daily updated database of every terrorist incident worldwide.
- Maritime terrorism. We provide 'ATAS', a web–based maritime threat assessment tool, which provides instant, customer–specific risk assessments covering over 3,800 ports worldwide and all critical sea lanes.
- Domestic terrorism and single–issue extremism.
- Smuggling and corruption.

## Investigative

Advanced due diligence investigations on companies, organisations and individuals.

# Specialist

Negotiation and discreet business broking, including the recovery of expropriated assets.

- AEGIS
- Private Security Company
- Tim Spicer
- Management Information
- FAQ
- Research and Intelligence
- Security Operations
- Technical Services
- Case Studies
- Latest News
- Site Map

©2007 AEGIS Defence Services Ltd : All Rights Reserved : ISO 9001 : 2000 Certified

Registered in England No: 04541965. VAT No.: GB 802692438. Registered office: 39 Victoria Street, London. SW1H OEU United Kingdom

# AEGIS Specialist Risk Management



About Us    What We Do    Latest News    AEGIS Foundation    Careers    Contact

# Security Operations

Aegis specialises in providing an extensive range of pre–emptive and responsive security measures for governments, international organisations and the corporate sector to help mitigate geopolitical upheaval and to counter fraud, corruption, terrorism and organised crime.

## Security Solutions

Combining the skills of our research and intelligence department with those of our security specialists, we tailor specialist security solutions to meet clients' particular requirements:

- Operational co–ordination: command, control, communications and intelligence (C3I).
- Business continuity, crisis management and contingency planning.
- Training for specialist military, police, intelligence and security applications.
- Close protection, force protection and physical security enhancements.
- Corporate liability and reputational risk management.
- Insurance related security services.
- Civil/military co–ordination, planning and interface.
- Medical, logistical, EOD and humanitarian support and disaster–relief assistance.
- Education in human rights/law of armed conflict and security sector reform.

## Global Reach

We enjoy a worldwide network of offices, contacts, and associates. Our clients benefit from the extensive capabilities of our personnel, built up through careers in the military, diplomatic and intelligence services, police, journalism, the UN, finance and commerce.

- AEGIS
- Private Security Company
- Tim Spicer
- Management Information
- FAQ
- Research and Intelligence

- Security Operations
- Technical Services
- Case Studies
- Latest News
- Site Map

©2007 AEGIS Defence Services Ltd : All Rights Reserved : ISO 9001 : 2000 Certified

Registered in England No: 04541965. VAT No.: GB 802692438. Registered office: 39 Victoria Street, London. SW1H OEU United Kingdom

# AEGIS Specialist Risk Management



About Us    What We Do    Latest News    AEGIS Foundation    Careers    Contact

# Technical Services

Aegis' technical division is a class leader in the provision of a wide range of technical surveillance and security services in a variety of disciplines.

## Surveillance

Our personnel have operational experience in high–risk environments against hard–line terrorists and organised crime. Communications systems are secure and the evidence gathering systems are the most advanced currently available.

## Technical Services

Independent of equipment manufacturers and distributors, we provide fully impartial solutions designed to meet clients' particular requirements:

- Audio, video and CCTV operations.
- Asset and key personnel tracking.
- Electronic countermeasures.
- Remote sensing.
- Technical support.
- Security audits and reviews.
- Protective security.

## Training

For individuals or complete operational units, our "special to task" training packages use either the client's equipment, or suitable equipment we can recommend.

## Research and Development

We continuously monitor technical developments worldwide and are frequently involved in

sourcing and supplying surveillance and counter measures equipment to UK approved foreign government agencies.

- AEGIS
- Private Security Company
- Tim Spicer
- Management Information
- FAQ
- Research and Intelligence
- Security Operations
- Technical Services
- Case Studies
- Latest News
- Site Map

©2007 AEGIS Defence Services Ltd : All Rights Reserved : ISO 9001 : 2000 Certified

Registered in England No: 04541965. VAT No.: GB 802692438. Registered office: 39 Victoria Street, London. SW1H OEU United Kingdom

# Aegis Specialist Risk Management



About Us    What We Do    Latest News    AEGIS Foundation    Careers    Contact

# Case Studies

## Aegis in Iraq – Enabling Reconstruction

Since June 2004, Aegis has been under contract to the US Department of Defense to provide security support services to the Project and Contracting Office (PCO), responsible for managing the reconstruction programme in Iraq. Known as Project Matrix, it is a reconstruction–enabling operation that sits at the core of the Coalition's Nation–building endeavours. It harnesses the support of Coalition Forces to the reconstruction effort, thus reducing to a minimum friction between the civilian and military operations, and provides those engaged in reconstruction with a situational awareness they would not otherwise have had.

To achieve this, Aegis has established a Security Framework of Reconstruction Operations Centres (ROCs) throughout Iraq. There are six sited alongside regional Coalition Military headquarters and a National Reconstruction Operations Centre in Baghdad. Through these, Aegis maintains a situational awareness of logistical movement and reconstruction security operations, allows sharing of intelligence among security forces and reconstruction contractors, effects co–ordination and liaison between reconstruction and military activity and provides threat assessments and intelligence to contractors. The ROCs also provide continuous information on the viability of road movement throughout Iraq, which is tracked by a system of transponders, complementary to the US Military's 'Blue Force Tracker'. In the event of an emergency, whether caused by Insurgent attack or vehicle breakdown, Quick Reaction Forces are dispatched by helicopter or road.

As well as security advice, coordination and emergency backup to Prime Contactors, Aegis supplies a static guardforce to protect the headquarters of the PCO and US Corps of Engineers and a small close protection and vehicle escort capability to provide mobile security for journeys throughout Iraq to visit reconstruction projects.

In addition to its primary tasks, Aegis also conducts a self–funded civil affairs programme. Its aim is to facilitate reconstruction in areas where the local people are hostile and to fill unforeseen gaps in PCO–funded projects. Activities such as inoculation programmes in Nasiriyah and donations of school books throughout the country, build substantial returns of goodwill. Much of this work is funded through the Aegis Foundation.

Aegis also provides a number of expatriate–led and Iraqi–manned Reconstruction Liaison Teams that routinely travel the length and breadth of the country to monitor the progress of reconstruction work subcontracted to Iraqi building companies. Typically, this involves week–long expeditions to remote areas including along the Syrian and Iranian borders.

## Supporting the Elections

In October 2005, Aegis was contracted by the UN Office for Project Support in support of the UN Electoral Assistance division (UNEAD) and the Independent Electoral Commission Iraq (IECI) to support the successful constitutional referendum in October and the General Election in December 2005. The requirement was to provide a mixed expatriate and Iraqi mobile security component to support electoral infrastructure inspection and liaison with the Governorate Electoral Officers and to provide static site security teams to electoral logistic sites in all 18 Governorate capitals throughout Iraq.

## Commercial Contracts

In separate contracts, Aegis also provides security to a number of significant Blue Chip companies operating in Iraq.

- AEGIS
- Private Security Company
- Tim Spicer
- Management Information
- FAQ
- Research and Intelligence
- Security Operations
- Technical Services
- Case Studies
- Latest News
- Site Map

©2007 AEGIS Defence Services Ltd : All Rights Reserved : ISO 9001 : 2000 Certified

Registered in England No: 04541965. VAT No.: GB 802692438. Registered office: 39 Victoria Street, London. SW1H OEU United Kingdom

# AEGIS Specialist Risk Management



About Us     What We Do     Latest News     AEGIS Foundation     Careers     Contact

# International Offices

Aegis is headquartered in London and has an additional six international offices located in Afghanistan, Bahrain, Iraq, Kenya, Nepal and the USA.

To contact one of our offices please click on the map below:



- AEGIS
- Private Security Company
- Tim Spicer

- Management Information
- FAQ
- Research and Intelligence
- Security Operations
- Technical Services
- Case Studies
- Latest News
- Site Map

©2007 AEGIS Defence Services Ltd : All Rights Reserved : ISO 9001 : 2000 Certified

Registered in England No: 04541965. VAT No.: GB 802692438. Registered office: 39 Victoria Street, London. SW1H OEU United Kingdom

# AEGIS Specialist Risk Management



About Us    What We Do    Latest News    AEGIS Foundation    Careers    Contact

# Certifications

## BAPSC

Aegis is a founder member of the British Association of Private Security Companies (BAPSC), the industry group set up to promote greater accountability and regulation for the private security sector. The BAPSC aims to raise the standards of operation of its members and this emergent industry and ensure compliance with the rules and principles of international humanitarian law and human rights standards.

## DMA

Aegis is a member of The Defence Manufacturers' Association (DMA). Its mission is "to assist UK industry to benefit from defence business at home and overseas". It is actively involved in increasing representation to Government, in particular through its associations with the UK MOD and the UK Department of Trade and Industry thus ensuring that the interests of the UK defence industry are properly represented. The Association is represented on both the Defence Industries Council (DIC) and National Defence Industries Council (NDIC) where policy matters affecting industry are discussed by senior industrialists

and with Government Ministers and officials.

## British Expertise

Aegis is a member of British Expertise. It is the leading UK trade association for the export of services and maintains close relations with a range of Government Departments. British Expertise member companies are active in almost every country in the world. In the 2005 BCCB awards for International Expertise, Aegis was named Small Consultancy firm of the Year.

## PSCAI

Aegis is a founding member of the PSCAI. The Private Security Company Association of Iraq "PSCAI" is a non-profit organization formed and maintained to discuss and address matters of mutual interest and concern to the industry conducting operations in Iraq. The PSCAI seeks to work closely with the Iraqi Government and foster a relationship of trust and understanding.

## ISO 9001:2000

Aegis has been assessed and approved to the quality administration systems, standards and guidelines of THE INTERNATIONAL STANDARD ISO 9001:2000

- AEGIS
- Private Security Company
- Tim Spicer

- <u>Management Information</u>
- <u>FAQ</u>
- <u>Research and Intelligence</u>
- <u>Security Operations</u>
- <u>Technical Services</u>
- <u>Case Studies</u>
- <u>Latest News</u>
- <u>Site Map</u>

©2007 AEGIS Defence Services Ltd : All Rights Reserved : ISO 9001 : 2000 Certified

Registered in England No: 04541965. VAT No.: GB 802692438. Registered office: 39 Victoria Street, London. SW1H OEU United Kingdom

# AEGIS Specialist Risk Management



About Us    What We Do    Latest News    AEGIS Foundation    Careers    Contact

# Board of Directors

The Aegis Board brings to the strategic management of the company a broad range of complementary experience gained in both the public and private sectors:

## Field Marshal The Right Honourable Lord Inge KG GCB PC DL

### Chairman (Non-executive)

Peter Inge has experience at the highest levels of political/military engagement both nationally and internationally in a long and distinguished military career that included appointments of Chief of the General Staff (professional head of the British Army) and Chief of the Defence Staff (professional head of the United Kingdom's Armed Forces). He is a Knight of the Garter and Privy Councillor and served on the Butler Committee, which examined the use of intelligence during the Iraq War of 2003. He is an adviser to Investcorp and BAE Systems, and a consultant to OWR AG (Germany).

## Keith Henry, FREng

### Deputy Chairman (Non-executive)

Keith Henry brings over 30 years of international business experience in the development, construction, ownership and management of major facilities worldwide. He was Chief Executive of National Power plc, Brown & Root Limited and Kvaerner E&C Limited. He is currently Chairman of Burren Energy plc and also serves as a director and adviser to a number of companies in the engineering and energy fields.

Graduating with BSc and MSc degrees, Keith is a Fellow of the Institution of Civil Engineers and a Fellow of the Royal Academy of Engineering.

## Lieutenant–Colonel Tim Spicer OBE

**Chief Executive**

As Founder and CEO, **Tim Spicer** is the visionary behind Aegis's strategic development. Following a twenty year career in the Army, he has personally had a broad exposure to the wider industry sector and has refined the focus of Aegis from lessons learned over 10 years. In 1999 he set up his own private security consultancy which ultimately led to the establishment of Aegis Defence Services Ltd in 2002 alongside three co–founding partners. Since that date he has overseen the rapid growth of the company, and the breadth and quality of its range of services. In addition to Aegis's generic expansion and growth, he led and won the $300m prime US Government tender in 2004 to provide core reconstruction security support services in Iraq. This contract was the largest ever US government contract awarded to a UK company in this sector. Click here to read a more extensive biography and frequently asked questions about Tim Spicer

# Mark Bullough

**Director**

Mark Bullough is Aegis' Managing Director and is primarily responsible for driving the growth and development of the business. A former British Army officer, he has 20 years experience with Flemings managing start up and high growth merchant and investment banking and other businesses in the Middle East, the Subcontinent, the Soviet Union and South East Asia. He co–founded Aegis in 2002.

# Jeffrey Day

**Director**

Jeffrey Day is Aegis's Joint Managing Director and provides the strategic management focus required for a very high growth company. He has extensive experience in a variety of private companies in diverse commercial sectors including textiles, electronics and engineering. He has wide experience of start ups, strategic development, acquisitions and disposals. He co–founded Aegis in 2002.

# Dominic Armstrong

**Director**

Dominic Armstrong is Managing Director of Aegis' Research and Intelligence Division, which has developed a reputation for excellence worldwide and is increasingly quoted as an authoritative commentator on risk and security. His background is in investment banking in Europe and Asia specialising in research, strategy and economic analysis. He co–founded Aegis in 2002.

# Brigadier James Ellery CBE

**Director**

Brigadier James Ellery, CBE is Aegis' Director of Special Projects. A former British Army Officer, he has extensive experience in International Affairs. In 2000 he was appointed CBE for

his leadership of the new United Nations Mission in the Democratic Republic of Congo. Before joining the Board of Aegis was a senior adviser to the Coalition Provisional Authority in Iraq and latterly he established and ran the 700–strong security framework operation in support of the US Government in Iraq. He returned to Aegis in November 2006 after a year's secondment the United Nations as Head of Mission in Southern Sudan.

# David Miller

## Finance Director

David Miller is Aegis' Finance Director. A chartered accountant, he has served as Finance Director of a number of public companies involved in the technology, contract services and construction sectors. He has extensive experience managing fast growing companies and of raising capital in a variety of markets.

# The Hon Nicholas Soames MP

## Director (Non–executive)

Nicholas Soames has been a Conservative Member of the British Parliament since 1983. He was Minister of State for the Armed Forces from 1994–1997 and is a leading expert on Anglo–American defence matters. He was Shadow Secretary of State for Defence and a member of the Shadow Cabinet between November 2003 and May 2005. From 1967–1972 he was an Officer in the British Army. He sits on the Council of the Royal United Services Institute.

# General Sir Roger Wheeler GCB CBE

## Director (Non–executive)

Roger Wheeler had a long and distinguished military career. As Chief of the General Staff, the professional head of the British Army, he brings to Aegis experience of the highest levels of political/military engagement both nationally and internationally. He is a member of the Advisory Board of Thales UK and the Serious Organised Crime Agency. He is Constable of HM Tower of London. He is a non–executive director having previously served on the Aegis Advisory Council.

# Sir John Birch KCVO CMG

## Director (Non–executive)

John Birch has extensive experience of diplomatic and international affairs gained in a long and distinguished career as a diplomat, which included appointments as UK Ambassador to the United Nations and to Hungary. He was Director of the British Association for Central and Eastern Europe from 1995 to 2004. He is Vice–Chairman of the Council of University College London, Chairman of the Advisory Board of the School of Slavonic and East European Studies and a member of the Royal Institute of International Affairs. He is a non–executive director having previously served on the Aegis Advisory Council.

# The Honorable Robert McFarlane

## Director (Non–executive)

Robert McFarlane was President Reagan's National Security Advisor from 1983 to 1985. On retirement from government, he founded Global Energy Investors and is Chairman of Energy Communications and Solutions LLC. He is Vice Chair of the United Nations Energy Security Forum, an advisor to the governments of Russia and Ukraine on Environmental policy and a Director of the Washington Institute for Near East Policy. He was appointed to the Aegis Board as a non–executive director in 2005.

- AEGIS
- Private Security Company
- Tim Spicer
- Management Information
- FAQ
- Research and Intelligence
- Security Operations
- Technical Services
- Case Studies
- Latest News
- Site Map

©2007 AEGIS Defence Services Ltd : All Rights Reserved : ISO 9001 : 2000 Certified

Registered in England No: 04541965. VAT No.: GB 802692438. Registered office: 39 Victoria Street, London. SW1H 0EU United Kingdom

# AEGIS Specialist Risk Management



About Us    What We Do    Latest News    AEGIS Foundation    Careers    Contact

# Headlines

- Aegis Acts with Restraint and Forethought
- Private guards set for bigger role despite fury at Blackwater deaths
- AEGIS Wins Contract Renewal
- A Private Realm Of Intelligence-Gathering - Washington Post
- "Warriors for Hire" Response - The Weekly Standard
- Vanity Fair Response
- Front Line Experience - The Times
- Civilian workers could face court martial
- We must fight our instinctive distaste for mercenaries: Max Hastings, The Guardian
- RUSI Whitehall Paper 66 - After The Bubble: British Private Security Companies After Iraq
- American and British civilian contractors honored for work in Iraq
- 'Trophy Video' Allegation
- Aegis Iraq Contract renewed
- The Aegis 2006 Terrorism and Geopolitical Instability Report
- AEGIS wins International Expertise Award
- AEGIS announces the acquisition of Rubicon International
- AEGIS Appoints New Head of Civil Affairs for Iraq
- AEGIS announces new board appointments

- Home
- Tim Spicer
- AEGIS
- Management Information
- International Offices
- Certifications
- Security Sector Reform
- AEGIS FAQ
- Research and Intelligence
- Security Operations
- Technical Services
- Case Studies
- Latest News

- <u>Aegis Foundation</u>
- <u>Careers</u>
- <u>Contact</u>
- <u>Site Map</u>

Â©2007 AEGIS Defence Services Ltd : All Rights Reserved : ISO 9001 : 2000 Certified

Registered in England No: 04541965. VAT No.: GB 802692438. Registered office: 39 Victoria Street, London. SW1H OEU United Kingdom

# AEGIS Specialist Risk Management



Foundation Projects    News    Donate    AEGIS

# Mission Statement

**The Aegis Foundation is a registered charity in the UK that provides direct assistance through low-cost, high-impact community development projects to people who live in, or have suffered from, global conflict areas.**

     

# What Are We Doing Now?

The Aegis Foundation is hoping to increase the support it provides to a wider arena. The Foundation has built up significant support systems in the following areas:

## • Iraq

The Aegis Foundation has been active right across Iraq since 2004 and has completed a wide range of projects assisting communities in urgent need, from providing clean drinking water for schools and inoculations against water-borne diseases to supplying hospitals and medical clinics with generators and essential equipment.

## • Afghanistan

The Aegis Foundation has been supporting communities in and around Kabul since 2005,

with a particular emphasis on schools and vulnerable children.

- ## <u>Veterans</u>

As part of its mission to assist former armed services personnel, the Aegis Foundation is an active supporter of the Soldiers, Sailors, Airmen and Families' Association (SSAFA), which offers help to active and retired members of the armed forces and their families.

# Latest Updates 3/31/2007

- <u>Foundation helps Baghdad ...</u>
- <u>Foundation supports Stree...</u>
- <u>Medical Supplies for Iraq...</u>
- <u>Pavement</u>
- <u>Support to SSAFA at Chris...</u>
- <u>School Supplies for Child...</u>
- <u>School gets Clean Water</u>
- <u>Water Pump Project in Sal...</u>
- <u>Project Noah</u>
- <u>School Generator</u>







- Iraq Projects
- Afghanistan Projects
- Veterans Support Projects
- Aegis Foundation News
- Donate
- AEGIS

©2007 AEGIS Defence Services Ltd : All Rights Reserved : ISO 9001 : 2000 Certified

# AEGIS Specialist Risk Management



About Us     What We Do     Latest News     AEGIS Foundation     Careers     Contact

# Frequently Asked Questions

**Does Aegis Support Regulation of the Private Security Company (PSC) industry?**

Yes. Aegis and its Board, have long been supporters of Regulation of the PSC Sector. Aegis has financially supported and is a founder member of the British Association of Private Security Companies (www.bapsc.org.uk) which lobbies for regulation in the private sector in the UK. The BAPSC has developed together with its members a comprehensive Code of Conduct. Aegis is also involved in efforts by the ICRC, and the International Institute for Law and Justice at New York University to regularise the status of PSCs under International Law. Aegis's CEO, Tim Spicer regularly speaks publicly in the media and at International Conferences in support of Regulation. Aegis believes that the sector will only benefit from improved regulation and accountability under a proper regulated system. PSCs will be judged on their performance, not on ill informed regulation.

**How did Aegis win the 2004 DOD Contract?**

Aegis's prime contract with the U.S. Department of Defense (DOD) was awarded through a standard competitive tender. The award was immediately protested by one of the other bidders who lost. The matter was fully examined under the protest rules and the Contracting Officer's original decision revalidated.

**What did the 2004 Special Inspector General for Iraq Audit conclude?**

In 2004 the Inspector General for Iraq conducted an audit was was released in 2005. The Inspector General's report concluded that 'Aegis was generally in compliance with the contract requirement…we found no evidence that Aegis was not meeting its contractual obligations for guarding facilities, providing personal security details, providing security escorts…'. These were the key elements of the contract. This audit was conducted very soon after the contract was awarded.
The audit recommendations covered five points. Two of these were items that were never part of the contract and were removed on the day the audit report was published. The other three points were in the process of being implemented when the report was drawn up, and were in place by the time the report was published. The Administrative issues highlighted were a function of the

audit being conducted in the third month of implementation of the largest private security contract ever awarded by the US Government – a contract which had to be launched from a zero base.

This is the reality of Aegis's performance of the DOD contract:

- Aegis's contract has been re-awarded for each option year
- Aegis personnel have received 41 awards from the US Government and numerous commendations
- Aegis has travelled over 2 ½ million miles without loss of injury to a single client
- In defence of its client, Aegis has lost seven expatriate staff and five Iraqis to enemy action; seventeen expatriate staff have been seriously injured. Another expatriate was lost in a road traffic accident.
- Aegis has saved the US Government over $30million from its original estimates on contract award by negotiating with key suppliers.

**Some claim that Aegis 'command' all other security contractors in Iraq.  Is this true?**

No.  The DOD contract requires Aegis to coordinate the reconstruction effort.  Security contractors involved in protecting elements of the reconstruction effort are encouraged to use the services Aegis provides, free of charge.  Aegis does not 'command' them.  Aegis commands only its own staff.

**Some also claim that  Aegis is the 'second largest foreign force' in Iraq.  Is this true?**

No.  Aegis has approximately 1,100 contractors in Iraq.  Some PSCs have more than this.  The US, UK and South Korea all have more troops in Iraq than Aegis has staff in the country.

**What are the backgrounds of Aegis staff in Iraq?**

Aegis expatriate staff members are mostly drawn from military backgrounds, and from the UK, US and British Commonwealth countries.  Most have substantial operational experience.  They are vetted by government vetting bodies in the UK and US.

**Are the rules of engagement for Aegis staff in Iraq more relaxed than those for Coalition military personnel?**

No.  They are tighter.  In fact, not only do security contractors have tighter Rules for the Use of Force (RUF) than the military; Aegis staff have tighter rules for the use of force than other security contractors.  This is not a requirement of the contract; Aegis believes that tighter RUF make for a better operating environment.

**What is the 'Trophy Video'?**

It was a homemade video posted on the internet by a former contractor in a malicious attempt to discredit Aegis.  The incidents displayed had been taken entirely out of context.  The matter, including all the different incidents, was fully investigated by the US Army and by Aegis. Aegis's independent investigation included a UK judge, a former senior British police office, an independent security consultant and a senior Aegis Executive with extensive operational experience in Iraq.
Both investigations confirmed that all the circumstances, when seen in context, were within the approved and accepted Rules for the Use of Force, that no crime had been committed, and that

there was no case to answer.

**Are there any links between Aegis and Sandline International?**

No.  The CEO of Aegis, Tim Spicer, was once the CEO of Sandline International.  He was never part of its ownership structure, nor a shareholder.  He left Sandline in 1999, and set up and ran other companies before founding Aegis in 2002.  Aegis is in no way related to, or associated with Sandline.

- AEGIS
- Private Security Company
- Tim Spicer
- Management Information
- FAQ
- Research and Intelligence
- Security Operations
- Technical Services
- Case Studies
- Latest News
- Site Map

©2007 AEGIS Defence Services Ltd : All Rights Reserved : ISO 9001 : 2000 Certified

Registered in England No: 04541965. VAT No.: GB 802692438. Registered office: 39 Victoria Street, London. SW1H OEU United Kingdom

# AEGIS Specialist Risk Management



About Us    What We Do    Latest News    AEGIS Foundation    Careers    Contact

# Tim Spicer OBE

## Chief Executive Officer of Aegis Defence Services Ltd

Tim Spicer is the founder of Aegis and the primary force behind the company's strategic development. Since leaving the British Army in 1994 he has had a broad exposure to industry and has defined Aegis's business focus from lessons learned over the past 10 years.

During his 20 year military career he saw active service in Northern Ireland, the Falklands campaign, the Gulf war and Bosnia, as well as serving in the Far East, Cyprus and Germany. Tim's key appointments included Chief of Staff of an Armoured Brigade, Instructor at the Army Staff College, Staff Officer at the Directorate of Special Forces, Military Assistant to General Sir Peter de la Billiere, Military Assistant to General Sir Michael Rose in Bosnia and Commanding Officer of 1st Battalion Scots Guards. In 1992 Tim was awarded the OBE for operational service in Northern Ireland.

During his military career he developed extensive knowledge of intelligence, counter terrorism, protective security and media relations. Since 1996 he has been at the forefront of the development of the private security industry worldwide and has been a very significant contributor to the debate over the industry's global contribution to government security initiatives.

Since the formation of Aegis in 2002, Tim has overseen the rapid growth of the company. In addition to leading Aegis's growth, Tim spearheaded the company's bid in 2004 for the $300M prime US Government tender to provide core reconstruction security support services in Iraq. This contract was the largest ever US Department of Defense contract awarded in this sector. He has also developed a number of innovative aspects of support which have been adopted by the Coalition.

Tim's strengths in the conceptual development of operations and planning, and his deep insight into the needs of the sector's client base, have helped deliver increasing market share, constant customer satisfaction and the growing enhancement of Aegis's reputation.

He created the Aegis Charitable Foundation in 2004, a registered UK charity which provides direct assistance to communities through low cost, high impact civil affairs projects. Tim's effort and support

of this charity not only significantly helps communities in great need having suffered from conflict, but has also enhanced the ability of Reconstruction Operations in Iraq to actually implement their programmes successfully. Tim's concept for the charity has been to carefully target projects that communities need and also want. The Foundation has therefore concentrated its efforts on building relationships with local tribal leaders and communities to provide clean water projects, inoculation programmes, school and health clinic equipment and smaller items such as toys, clothes and shoes. Tim has now expanded the Foundation's arena to include Afghanistan.

Tim is also a published author – 'An Unorthodox Soldier' – and a regular commentator and speaker on security matters.









- [Home](#)
- [Tim Spicer](#)
- [AEGIS](#)
- [Management Information](#)
- [International Offices](#)
- [Certifications](#)
- [Security Sector Reform](#)
- [AEGIS FAQ](#)
- [Research and Intelligence](#)
- [Security Operations](#)
- [Technical Services](#)
- [Case Studies](#)
- [Latest News](#)
- [Aegis Foundation](#)
- [Careers](#)
- [Contact](#)
- [Site Map](#)

©2007 AEGIS Defence Services Ltd : All Rights Reserved : ISO 9001 : 2000 Certified

Registered in England No: 04541965. VAT No.: GB 802692438. Registered office: 39 Victoria Street, London. SW1H OEU United Kingdom

EXHIBIT 2

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-03-06 11:31:52 ET

**Serial Number:** 77090285 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# AEGIS

**(words only):** AEGIS

**Standard Character claim:** Yes

**Current Status:** An office action making FINAL a refusal to register the mark has been mailed.

**Date of Status:** 2008-02-01

**Filing Date:** 2007-01-24

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 103

**Attorney Assigned:**
IN SUNG HYUN

**Current Location:** L3X -TMEG Law Office 103 - Examining Attorney Assigned

**Date In Location:** 2008-01-31

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Aegis Defence Services Limited

**Address:**
Aegis Defence Services Limited
39 Victoria Street

London, SW1H 0EU
United Kingdom
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** United Kingdom

---

## GOODS AND/OR SERVICES

---

**International Class:** 035
**Class Status:** Active
Personnel placement and personnel consultancy to implement recommendations in relation to security, risk assessments, transition and stabilization programs relating to conflicts and catastrophes, and risk mitigation of property and individuals
**Basis:** 1(b), 44(d)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 041
**Class Status:** Active
Training of personnel in relation to security, risk assessments, transition and stabilization programs relating to conflicts and catastrophes, and risk mitigation of property and individuals
**Basis:** 1(b), 44(d)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 042
**Class Status:** Active
Research in the field of forensic analysis and evaluation of security products; consumer safety testing of security products
**Basis:** 1(b), 44(d)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 045
**Class Status:** Active
Advisory services relating to security; advisory services for transition and stabilization programs relating to conflicts and catastrophes; risk advisory services, namely, assessing safety risks relating to property and individuals; consultancy services relating to the provision of security; security guard services for the protection of property and individuals; pre-employment background screening services; monitoring of security systems; provision of security information; security consultation, namely, assessment of security risks; security guard services; security surveillance on background profiles, advisory services relating to counter-terrorism measures and strategies; advisory services in post conflict reconstruction, namely, advising on reconstruction projects including reconstruction of infrastructure; the provision of personnel and communication equipment, namely, electronic monitoring, technical surveillance, reconnaissance, surveillance and technical support services for post conflict reconstructions and infrastructure; advisory services relating to combating and preventing fraud, terrorism, corruption and organized crime; advisory services relating to combating governmental conflicts; personal security consultation for corporations, governments, government agencies, non-governmental organizations and organizations including security due diligence services for individuals or businesses traveling or opening an office overseas, in the nature of detailed foreign country briefings, vetting of local personnel, establishing in the host country government contacts, and providing information on sustainable security

measures overseas
**Basis:** 1(b), 44(d)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Foreign Application Number:** 5220661
**Country:** Erpn Cmnty TM Ofc
**Foreign Filing Date:** 2006-07-25

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document
Retrieval" shown near the top of this page.**

2008-02-01 - Final refusal mailed

2008-01-31 - Final Refusal Written

2008-01-07 - Amendment From Applicant Entered

2008-01-07 - Communication received from applicant

2008-01-07 - Assigned To LIE

2007-11-26 - PAPER RECEIVED

2007-05-21 - Non-final action mailed

2007-05-19 - Non-Final Action Written

2007-05-11 - Assigned To Examiner

2007-01-29 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Edward E. Vassallo

**Correspondent**
EDWARD E. VASSALLO
FITZPATRICK, CELLA, HARPER & SCINTO

30 ROCKEFELLER PLZ FL 38
NEW YORK, NY 10112-3800
Phone Number: 212 218-2100
Fax Number: 212 218-2200

**Domestic Representative**
Edward E. Vassallo
Phone Number: 212 218-2100
Fax Number: 212 218-2200

---

EXHIBIT 3

Home

# Aegis
MISSION ESSENTIAL PERSONNEL



HOME | GOVERNMENT SERVICES | CORPORATE SERVICES | CAREERS | ABOUT US | CONTACT US

→ Home

Aegis Mission Essential Personnel LLC (Aegis MEP) provides government and business clients core function or customized solutions in the areas of Staffing, Security, Language, Training, Logistics and Technology. We specialize in providing client-tailored services for personnel and facility security, language translation, cultural awareness training and business developme emerging markets or wherever your supply chain may take you.

From comprehensive project management and operational support to flexible training, staffing and customized business development consulting, Aegis MEP's services are designed to m specific requirements. Aegis MEP rapidly and efficiently delivers on-demand professional personnel to varied jobs in locations in the U.S. and abroad.

News

March 06

Aegis Mission Essential Personnel, LLC was awarded a five-year contract by the U.S. Army Intelligence and Security Command (INSCOM) to provide translation and interpretation services to military personnel in Afghanistan.

Since 2004, Aegis MEP has served as a subcontractor providing linguists for Operation Enduring Freedom in Afghanistan. Under terms of the contract, Aegis will supply the Army wi Pashto/Dari linguists in Afghanistan as the prime contractor.

Chad Monnin, Aegis' Chief Executive Officer, said, "We are honored to receive this major contract from the U.S. Army. This award is proof positive of our commitment to excellence All of us at Aegis MEP feel privileged to support the men and women in uniform who are serving in Afghanistan and to assist in the re-building of that nation."

Operation Enduring Freedom - Afghanistan Careers

Home

Home | Government Services | Corporate Services | Careers | About Us | Contact Us
Copyright 2007 by Aegis MEP, LLC

Privacy Statement | Terms

https://www.aegismep.com/AboutUs/tabid/89/Default.aspx

Aegis MEP, LLC > About Us





# Aegis

MISSION ESSENTIAL PERSONNEL

HOME | GOVERNMENT SERVICES | CORPORATE SERVICES | CAREERS | ABOUT US | CONTACT US

→ About Us

**Aegis Mission Essential Personnel LLC (Aegis MEP)** provides government and business clients core function or customized solutions in the areas of Staffing, Security, Language, Training, Logistics and Technology. We specialize in providing client-tailored services for personnel and facility security, language translation, cultural awareness training and business development in emerging markets or wherever your supply chain may take you.

From comprehensive project management and operational support to flexible training, staffing and customized business development consulting, Aegis MEP's services are designed to meet your specific requirements. Aegis MEP rapidly and efficiently delivers on-demand professional personnel to varied jobs in locations in the U.S. and abroad.

Aegis MEP, a government and corporate services company, was formed in December 2003 after Chad Monnin, a co-founder suffered a career ending injury during airborne operations in Special Forces training.   Mr. Monnin and Greg Miller, a Special Forces soldier, sought to provide employment opportunities for highly skilled personnel regardless of their geographical location.

The inspiration for this business model came from the study of the culture and socio-economic realities of the Middle East where highly skilled personnel are performing unskilled labor in order to provide for their families.  It was this situation, combined with our knowledge of business opportunities and transnational employment requirements that confirmed the need to start Aegis MEP.

Shortly after operations were underway, we added to our executive management team to best serve our customers and employees. Chris Miller (CPA) is our Chief Financial Officer and comes to Aegis MEP with significant experience in financial and technology sectors and Scott Humphrys, our Executive Vice President of Operations brings management experience from a Fortune 25 company as well as his experience from the U.S. Army as an aviator and now senior leader in the Ohio Army National Guard.

From the beginning, our philosophy has been simple:  We Deliver Certainty.   From our relationships with current or potential customers and employees, Aegis MEP is a company that provides assurance of success in all endeavors we undertake.



**Open Ratings**
A D&B COMPANY

Service-Disabled Veteran-O
Business (SDVOB)

SBA Certified HUBZone

EDGE Certified Business

Current Facilities Clearance
Registered on PRO-Net
Current Registration in CCR
B # 142423990
Cage Code: 3QKA8

**NAICS CODES:**
541690 - 561612 - 541930 - 6
541990 - 611699 - 561210 - 6

March 06

Register :

Page 1 of 2

3/6/2008

Aegis MEP, LLC > About Us

Home | Government Services | Corporate Services | Careers | About Us | Contact Us

Copyright 2007 by Aegis MEP, LLC

Privacy Statement | Terms

Government Services

Register :

# Aegis
MISSION ESSENTIAL PERSONNEL



HOME | GOVERNMENT SERVICES | CORPORATE SERVICES | CAREERS | ABOUT US | CONTACT US

→ Government Services

March 06

Aegis is a professional services and products firm that supports Federal, State and Local government and corporate clients. We do this by providing standa or integrated solutions to meet your most demanding requirements in the areas of Staffing, Security, Language, Training, Logistics, and Technology. Our personnel may be integrated from one or more business units to create a tailored solution for your government or corporate mission.

Our spectrum of advanced solutions are prepared to meet any organization's needs. Drawing on our management experience, a network of unique partne and devotion to client satisfaction, Aegis will provide your firm a robust solution for your most intractable problem.

Our Mission Essential Products division supports the Defense Logistics Agency (DLA) through distribution of essential parts and equipment for the Federal Government.

Our corporate headquarters is in Columbus, Ohio, with branch offices in Herndon, VA, San Diego, CA and Doha, Qatar. For more information on our capab and services, click here.

Training



# Aegis
MISSION ESSENTIAL PERSONNEL

HOME | GOVERNMENT SERVICES | CORPORATE SERVICES | CAREERS | ABOUT US | CONTACT US

→ Government Services > Training

March 06

Aegis MEP has an in-depth understanding and a track record of assisting the United States Army Special Operations Command with selecting, training, and developing its soldiers. Aegis MEP can set up the organizational systems from scratch with the goal of maximizing performance and has the credentials and analytical skills required to ensure these systems are psychometrically sound, valid and reliable.

Aegis MEP has created and conducted selection, training, performance enhancement and leader development/professional coaching to meet the needs of SOF community from program conception to program execution, maintenance and refinement. We have integrated performance measures across 1st Spec Warfare Training Group using the Whole Man Model (i.e., trainability, intelligence, physical, influence, judgment, motivation) to create an individualized tra program.

Aegis MEP has brought together a team of experts to address the complex issues of selecting, training, evaluating and developing the finest SOF warriors world. Currently, Aegis MEP has experienced trainers, observer-controllers, and role players that are currently working with USASOC.

These professionals have years of experience defining field performance measures, developing specialized course curricula, and creating leader developm programs, as well as establishing training objectives. Aegis MEP also provides training in the form of expert instructors and implementing and managing s of specifically qualified and appropriately security-cleared, professional, cultural role-players.

As Aegis MEP retains a TS/SCI facility clearance, it is able to meet all of your exercise support requirements for your most critical needs on demand.

Home | Government Services | Corporate Services | Careers | About Us | Contact Us
Copyright 2007 by Aegis MEP, LLC

Privacy Statement | Terms

http://www.aegismep.com/GovernmentServices/Training/tabid/63/Default.aspx



# Aegis
## MISSION ESSENTIAL PERSONNEL

HOME | GOVERNMENT SERVICES | CORPORATE SERVICES | CAREERS | ABOUT US | CONTACT US

→ Government Services > Security Consulting

March 06

Aegis MEP provides government clients and corporations with comprehensive security services worldwide. Rather than be a reactionary security response, emphasize proactive measures to break the chain of events that may threaten the secure environment of our clients. Unlike most methods of protection t today, we add an additional component to our security posture. Through a blend of technology, aggressive counter-surveillance and advanced threat assessment and mitigation techniques, Aegis practices protective intelligence, enabling us to "own" the space so our clients can work safely.

To ensure the highest standards of service, we hire only the most highly qualified personnel in order to exceed customer expectations. Our employees ar screened for a strong ethical basis and a high level of physical and psychological fitness to serve and represent our clients professionally. Aegis MEP secu specialists are all former military and police special operations veterans, and have operational experience in high-threat diplomatic security.

Aegis MEP has provided security for high-ranking U.S. and foreign diplomats around the globe and for a 2004 national political convention. Our services ir

Accurate threat analysis, risk assessment and mitigation
Covert security with lowest possible mission profile
Executive protection
Armed escort teams
Training in specialized operations
Planned procedures and responses for kidnappings and evacuations
Crisis management and training in general security principles

Home | Government Services | Corporate Services | Careers | About Us | Contact Us

Security Consulting

Copyright 2007 by Aegis MEP, LLC

Register :

# Aegis
MISSION ESSENTIAL PERSONNEL

HOME | GOVERNMENT SERVICES | CORPORATE SERVICES | CAREERS | ABOUT US | CONTACT US

➔ Government Services > Language Services

March 06

Our language training includes elements ranging from classroom training to realistic field exercises. Each program of instruction is designed to address the depth and breadth of training personnel need. Aegis MEP understands the operational tempo and quality requirements of the most demanding customer, U.S. Special Operations Command.

Our approach to training enhances learning and retention and produces measurable results. Our instructors have in depth cultural awareness and experience, up to and including cleared speakers. Aegis MEP training focuses on multicultural and multilingual environments to enable rapid deployment of personnel.

Aegis MEP is also able to provide cleared linguists (up to the TS/SCI level) in a variety of low density languages that are critical to our national security. We have provided linguists for a variety of clients, from the Department of State to INSCOM and the Iraqi Survey Group.

Aegis MEP can provide cleared Interpreters & Translators (Secret or Top Secret), Document Exploitation, and Voice Intercept (Title III Monitoring/DEA/FBI) as well as targeted sourcing caliber personnel.

Languages Include:

## Pashto/Dari career link
Arabic (four dialects)
Persian/Farsi
Somali
Urdu
French (N. African)
Tajik
Korean
Indonesian
Uighur
Mandarin
Cantonese
Bengali
Russian
Baluchi

Language Services

Uzbek

Home | Government Services | Corporate Services | Careers | About Us | Contact Us

Copyright 2007 by Aegis MEP, LLC

Privacy Statement | Terms

Corporate Services

Page 1 of 1

Register :

# Aegis
## MISSION ESSENTIAL PERSONNEL

HOME | GOVERNMENT SERVICES | CORPORATE SERVICES | CAREERS | ABOUT US | CONTACT US

→ Corporate Services

March 06



Aegis is a professional services and products firm that supports Federal, State and Local government and corporate clients. We do this by providing stand or integrated solutions to meet your most demanding requirements in the areas of Staffing, Security, Language, Training, Logistics, and Technology. Our personnel may be integrated from one or more business units to create a tailored solution for your government or corporate mission.

Our spectrum of advanced solutions are prepared to meet any organization's needs. Drawing on our management experience, a network of unique partne and devotion to client satisfaction, Aegis will provide your firm a robust solution for your most intractable problem.

Our Mission Essential Products division supports the Defense Logistics Agency (DLA) through distribution of essential parts and equipment for the Federal Government.

Our corporate headquarters is in Columbus, Ohio, with branch offices in Herndon, VA, San Diego, CA and Doha, Qatar. For more information on our capal and services, click here.

Privacy Statement | Terms

Copyright 2007 by Aegis MEP, LLC

Register :

# Aegis
## MISSION ESSENTIAL PERSONNEL



HOME | GOVERNMENT SERVICES | CORPORATE SERVICES | CAREERS | ABOUT US | CONTACT US

→ Corporate Services > Staffing

March 06

Aegis MEP knows the value of great people. Without top performers, it is nearly impossible to achieve your goals and deliver results for your company. Aegis MEP understands your cha and knows that, in today's marketplace, locating and securing top talent is as difficult as ever.

**Temporary and Contract Staffing**
Provides temporary, contract and direct-hire staffing and recruiting services to organizations in need of top administrative and office support talent. We fill the need for niche profession management level personnel or for temporary and peak staff assistance. We screen applicants, provide a thorough background check, and test their skills with advanced online software

**Permanent Recruiting**
Aegis MEP specializes in identifying and recruiting the top candidates who rise to the top of their respective fields. We separate those individuals who are a rarity amongst their peers and take your company to the next level. Aegis MEP excels at recruiting, interviewing, screening, and placing these talented professionals. For projects requiring security clearances, Aegis d secure to meet your needs, providing highly skilled individuals with the proper security clearance.

Our recruiting and retention incentives are unique and attract the most talented people in the industry. Count on Aegis MEP's resources and specialized recruiting capabilities to help sol unique human capital challenges. For details on how Aegis can help you, call today (888) 54-AEGIS.

Copyright 2007 by Aegis MEP, LLC

Privacy Statement | Terms

Emerging Markets

Register :



# Aegis

MISSION ESSENTIAL PERSONNEL



HOME | GOVERNMENT SERVICES | CORPORATE SERVICES | CAREERS | ABOUT US | CONTACT US

→ Corporate Services > Emerging Markets

March 06

Today's business environment increasingly stresses the need to pursue new opportunities in new markets, many of which are in post-conflict nations or o high-threat environments. To help businesses penetrate and succeed in these markets, Aegis offers what few companies can: comprehensive operational support based on security, cultural advisory and language solutions. We realize that the challenge of doing business in a post-conflict or severely underdeveloped area of the world needs to be met with more than just an analytical risk assessment. Aegis helps multinational corporations actually redu exposure of global threats and protect their most valuable assets.

Our extensive experience in international operations allows us to provide our clients with a ground-truth point of view of each client's needs, which serves the basis for an ongoing mission to ensure success in an emerging market. Aegis has a proven track record of success applying these solutions in the sen corporate and government clients in high-risk environments throughout the world. We have an international network of corporate partnerships and indivi contacts with policy makers, government officials and business leaders that enable us to be more effective with each new project.

Once we help our clients determine their requirements, we follow through with customized operational support services which can include but are not lim to:

Threat analysis for business expansion in emerging markets
Risk mitigation strategies
Personnel, property, and infrastructure protection
Supply chain security and management
Translation and interpretation
Cultural advisors
Local media analysis
Customized security and cultural advisory programs

Emerging Markets

Home | Government Services | Corporate Services | Careers | About Us | Contact Us
Copyright 2007 by Aegis MEP, LLC

Privacy Statement | Terms

Careers



# Aegis
### MISSION ESSENTIAL PERSONNEL

→ Careers

HOME | GOVERNMENT SERVICES | CORPORATE SERVICES | CAREERS | ABOUT US | CONTACT US

Register :

Page 1 of 3

March 06

Careers

Aegis MEP is a professional services firm that supports the unique requirements of its clients. Our firm's focus is on serving its client's global markets needs worldwide. We do this by providing highly qualified personnel with language, security, training, and business related backgrounds. All positions require experience in one or more of the following areas:

- accounting, accounting management
- business management/project management
- human resources, human resources management
- information technology, information technology project management
- translators, interpreters , and other language specialists
- military special operations, military police, security or security force management
- recruiting, recruiting management

**Benefits**

**Careers**

**Online Application**

Returning Applicants Click **Here**

Careers

Home | Government Services | Corporate Services | Careers | About Us | Contact Us
Copyright 2007 by Aegis MEP, LLC

Privacy Statement | Terms

Page 3 of 3

https://www.aegismep.com/Careers/tabid/70/Default.aspx

3/6/2008

Aegis MEP, Contact Us




# Aegis
## MISSION ESSENTIAL PERSONNEL

→ Contact Us

HOME     GOVERNMENT SERVICES     CORPORATE SERVICES     CAREERS     ABOUT US     CONTACT US










Aegis MEP, LLC
4249 Easton Way, Suite 250
Columbus, OH 43219

Phone:
+1 (614) 416 2345
Fax:
+1 (614) 416 2346
Toll Free:
+1 (888) 542 3447

**Department Contacts**

Intelligence Analysts
Claudia Trail

Technical Recruiting
Ben Wheat

Linguist Recruiting
David Slovina

Executive Recruiting
Dean Miller

Training / Security
Rick Abner

Business Development
Alex Calfee

Human Resources
Rhonda White



General Inquiries
Lori Feightner

Register :

March 06

Aegis MEP, LLC > Contact Us

Home | Government Services | Corporate Services | Careers | About Us | Contact Us
Copyright 2007 by Aegis MEP, LLC

Privacy Statement | Terms

https://www.aegismep.com/ContactUs/tabid/90/Default.aspx

3/6/2008

Page 2 of 2

EXHIBIT 4

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-03-04 14:28:51 ET

**Serial Number:** 77194727 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# AEGIS

**(words only):** AEGIS

**Standard Character claim:** Yes

**Current Status:** A non-final action has been mailed. This is a letter from the examining attorney requesting additional information and/or making an initial refusal. However, no final determination as to the registrability of the mark has been made.

**Date of Status:** 2007-09-13

**Filing Date:** 2007-05-31

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**Attorney Assigned:**
SERVANCE RENEE L

**Current Location:** M2X -TMO Law Office 111 - Examining Attorney Assigned

**Date In Location:** 2007-09-13

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Aegis Mission Essential Personnel, LLC

**Address:**

Aegis Mission Essential Personnel, LLC
Suite 250 4249 Easton Way
Columbus, OH 43219
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Ohio

---

## GOODS AND/OR SERVICES

---

**International Class:** 041
**Class Status:** Active
Language interpretation services; providing education and training services to others in the field of
language skills and proficiency courses, personal and corporate security, counter-terrorism measures and
techniques, and cultural awareness and understanding; and developing and implementing military
programs of instruction, scenario development, cultural role players, including live training, field
training exercises and situational training exercises
**Basis:** 1(a)
**First Use Date:** 2004-01-22
**First Use in Commerce Date:** 2004-03-15

**International Class:** 045
**Class Status:** Active
Security services, namely, providing security services to others in the field of operations, facility, and
personnel protection, covert security protection, convoy protection, and security threat analysis
**Basis:** 1(a)
**First Use Date:** 2004-01-22
**First Use in Commerce Date:** 2004-10-20

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document
Retrieval" shown near the top of this page.**

2007-09-13 - Notification Of Non-Final Action E-Mailed

2007-09-13 - Non-final action e-mailed

2007-09-13 - Non-Final Action Written

2007-09-10 - Assigned To Examiner

2007-06-06 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
Megan D. Dortenzo

**Correspondent**
MEGAN D. DORTENZO
THOMPSON HINE LLP
PO BOX 8801
DAYTON, OH 45401-8801
Phone Number: 216-566-5636
Fax Number: 216-566-5800

---

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| AEGIS DEFENCE SERVICES LIMITED and AEGIS DEFENCE SERVICES, LLC | AEGIS MISSION ESSENTIAL PERSONNEL, LLC |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF      99999
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

(See attached Rider A.)

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/ Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ● E. General Civil (Other)      OR      ○ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☒ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC  7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Complaint filed under 15 U.S.C. § 1125. This is an action for trademark infringement, trade name infringement, and unfair competition.

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   **DEMAND $** [_____]   Check YES only if demanded in complaint   **JURY DEMAND:**   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE ___March 6, 2008___   SIGNATURE OF ATTORNEY OF RECORD   *Stephen E. Belisle #471447*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **AEGIS DEFENCE SERVICES** | ) | |
| **LIMITED and AEGIS DEFENCE** | ) | |
| **SERVICES, LLC,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | Civil Action No.: _____ |
| | ) | |
| **AEGIS MISSION ESSENTIAL** | ) | |
| **PERSONNEL, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>RIDER A FOR CIVIL COVER SHEET</u>

Plaintiffs' attorneys are as follows:

Stephen E. Belisle (DC Bar No. 471447)
Edmund J. Haughey (DC Bar No. 462773)
FITZPATRICK, CELLA, HARPER & SCINTO
975 F Street, NW
Washington, DC 20004-1405
Telephone: (202) 530-1010
Facsimile: (202) 530-1055
E-mail:  sbelisle@fchs.com
           ehaughey@fchs.com

Edward E. Vassallo
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112-3800
Telephone: (212) 218-2100
Facsimile: (212) 218-2200
E-mail: evassallo@fchs.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AEGIS DEFENCE SERVICES LIMITED and AEGIS DEFENCE SERVICES, LLC,** )<br>)<br>)<br>) | |
| **Plaintiffs,** )<br>) | |
| **v.** ) | Civil Action No.: _____ |
| ) | |
| **AEGIS MISSION ESSENTIAL PERSONNEL, LLC,** )<br>)<br>) | |
| **Defendant.** ) | |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Plaintiffs, Aegis Defence Services Limited and Aegis Defence Services, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Aegis Defence Services Limited or Aegis Defence Services, LLC, which have any outstanding securities in the hands of the public:  None.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

Dated:  March 6, 2008

By: _____

Stephen E. Belisle (DC Bar No. 471447)
FITZPATRICK, CELLA, HARPER & SCINTO
975 F Street, NW
Washington, DC 20004-1405
Telephone:  (202) 530-1010
Facsimile:  (202) 530-1055
E-mail:  sbelisle@fchs.com

Attorneys for Plaintiffs, AEGIS DEFENCE SERVICES LIMITED and AEGIS DEFENCE SERVICES, LLC