IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AEGIS DEFENCE SERVICES LIMITED and AEGIS DEFENCE SERVICES, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>AEGIS MISSION ESSENTIAL PERSONNEL, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.: _____ |

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Aegis Defence Services Limited states that it has no parent corporation, and that there is no publicly-held corporation that owns 10% or more of Aegis Defence Services Limited's stock. Aegis Defence Services, LLC states that Aegis Defence Services Limited is its parent corporation, and that there is no publicly-held corporation that owns 10% or more of Aegis Defence Services, LLC's stock.

Respectfully submitted,

Dated: March 6, 2008

By: _____
Stephen E. Belisle (DC Bar No. 471447)
FITZPATRICK, CELLA, HARPER & SCINTO
975 F Street, NW
Washington, DC 20004-1405
Telephone: (202) 530-1010
Facsimile: (202) 530-1055
E-mail: sbelisle@fchs.com

Attorneys for Plaintiffs, AEGIS DEFENCE SERVICES LIMITED and AEGIS DEFENCE SERVICES, LLC