IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AEGIS DEFENCE SERVICES LIMITED and AEGIS DEFENCE SERVICES, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.: 1:08-cv-00407 |
| | ) | Judge: Hon. John D. Bates |
| AEGIS MISSION ESSENTIAL PERSONNEL, LLC, | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

As Defendant Aegis Mission Essential Personnel, LLC has not served either an answer or a motion for summary judgment in the above-captioned litigation, please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), Plaintiffs Aegis Defence Services Limited and Aegis Defence Services, LLC hereby dismiss this action with prejudice.

Dated: June 24, 2008

Respectfully submitted,

By: _____
Edmund J. Haughey (DC Bar No. 471447)
FITZPATRICK, CELLA, HARPER & SCINTO
975 F Street, NW
Washington, DC 20004-1405
Telephone: (202) 530-1010
Facsimile: (202) 530-1055
E-mail: ehaughey@fchs.com

Attorneys for Plaintiffs, AEGIS DEFENCE SERVICES LIMITED and AEGIS DEFENCE SERVICES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing NOTICE OF DISMISSAL WITH PREJUDICE is being served on counsel for Defendant this 24th day of June, 2008, via e-mail and also by depositing a true copy thereof, in a sealed envelope, first class postage prepaid, addressed to:

Anthony C. White, Esq.
Thomson Hine LLP
10 West Broad Street
Suite 700
Columbus, Ohio 43215-3435

_____
Edmund J. Haughey